No. 86–1252.  O'KELLEY ET AL. v. HOSPITAL AUTHORITY OF GWINNETT COUNTY, DBA GWINNETT AMBULANCE SERVICE,

ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.